# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:06-CR-0331 |
| | : | |
| v. | : | (Judge Conner) |
| | : | |
| **JEFFREY RIDDEL,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 5th day of March, 2009, upon consideration of the petition for revocation of defendant's supervised release (Doc. 28), for violations of the conditions of supervised release , and following a hearing at which the court found by a preponderance of the evidence that the defendant violated his conditions of supervised release, it is hereby ORDERED that the term of defendant Jeffrey Riddel's supervised release is EXTENDED from expiration on June 12, 2010, to expiration on September 30, 2010.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge